UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Joseph E. Glaum,<br><br>        Plaintiff,<br><br>vs.<br><br>City of Emerado, et al.,<br><br>        Defendants. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>Case No. 3:24-cv-10 |

Plaintiff Joseph E. Glaum filed a complaint against the City of Emerado, North Dakota, and others. Doc. 6. Glaum initially consented to magistrate judge jurisdiction, but it was unclear if he attempted to revoke it. As described by United States Magistrate Judge Alice R. Senechal:

> In February 2024, pursuant to 28 U.S.C. § 636, Glaum consented to jurisdiction of a magistrate judge. In June 2024, the court granted Glaum's request to file an amended complaint. Glaum filed an amended complaint in July 2024. Along with his amended complaint, Glaum submitted a second consent/reassignment form. On the second consent/reassignment form, Glaum did not check a box indicating whether he consented to jurisdiction of a magistrate judge or was asking for reassignment of the case to a district judge. But he signed his name under the reassignment box. To the extent Glaum requests reassignment of the case to a district judge, this court considers that request.

Doc. 17, p. 1 (citations omitted). A party must demonstrate extraordinary circumstances to withdraw their consent to magistrate judge jurisdiction. See 28 U.S.C. 636(c)(4). Judge Senechal issued a report and recommendation that Glaum's motion to withdraw his consent be denied because he has not demonstrated extraordinary circumstances. Doc. 17. The Court has reviewed the Reports and Recommendation, relevant case law, and the record, and finds the Report and Recommendation to be persuasive. So, the Court **ADOPTS** the Report and Recommendation (Doc. 17) and Glaum's motion to withdraw his consent to magistrate jurisdiction, to the extent he made one, is **DENIED**.

2

**IT IS SO ORDERED.**

Dated this 21st day of August, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court
